IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00308-AP

Kathryn J. Adcox,

    Plaintiff,

v.

Jo Anne B. Barnhart,  Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>
Michael W. Seckar
Law Office of Michael W. Seckar, P.C.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636

<u>For Defendant:</u>

WILLIAM J. LEONE
United States Attorney

KURT J. BOHN
Assistant U.S. Attorney

Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570

Attorneys for Defendant.

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:** February 22, 2006
    **B.     Date Complaint Was Served on U.S. Attorney's Office:** March 1, 2006
    **C.     Date Answer and Administrative Record Were Filed**:   May 1, 2006

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Both parties state that the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Both parties state that there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Both parties state that the case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**
Because of workload and scheduling conflicts, counsel for Defendant respectfully requests, and the parties agree, that the response brief be due later than 30 days after the opening brief and the reply brief be due 15 days after the response brief, as follows:

    **A.     Plaintiff's Opening Brief Due:**   June 28, 2006
    **B.     Defendant's  Response Brief Due:**   August 8, 2006
    **C.     Plaintiff's  Reply Brief (If Any) Due:**   August 23, 2006

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

Neither party requests oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

  A.  ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
  B.  (X)  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 22nd day of May, 2006.

                              BY THE COURT:


                               S/John L. Kane
                              U.S. DISTRICT COURT JUDGE

3

APPROVED:

s/Michael W. Seckar 5/22/06            WILLIAM J. LEONE
MICHAEL W. SECKAR               UNITED STATES ATTORNEY
Law Office of Michael W. Seckar, P.C.
402 W. 12th Street                    KURT J. BOHN
Pueblo, CO 81003                   Assistant U.S. Attorney
(719) 543-8636                      kurt.bohn@usdoj.gov
seckarlaw@mindspring.com

                                             s/Debra J. Meachum 5/22/06
Attorney for Plaintiff                 By: Debra J. Meachum
                                             Special Assistant U.S. Attorney
                                             debra.meachum@ssa.gov

                                             1961 Stout St., Suite 1001A
                                             Denver, Colorado  80294
                                             Telephone: (303) 844-1570

                                             Attorneys for Defendant.