IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-00308-AP**

**KATHRYN J. ADCOX,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER REMANDING CASE

Kane J.

    Defendant's Unopposed Motion for Remand (Doc. 17) is GRANTED.  This matter is remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk shall enter Judgment in accordance with Fed. R. Civ. P. 58.

Dated:  August 23, 2006        s/John L. Kane
                                                  SENIOR U.S. DISTRICT JUDGE