IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-308-AP**

**KATHRYN J. ADCOX**,

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #22), filed November 8, 2006, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$4,587.00**.

Dated at Denver, Colorado, this 9th day of November, 2006.

                                    BY THE COURT:

                                    **S/John L. Kane**
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT